IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR90** |
| | ) | |
| vs. | ) | |
| | ) | |
| **BROOKE MCMANAMAN, and JANELLE NIGHTWALKER** | ) ) | **ORDER** |
| **Defendant.** | ) | |

This matter is before the court on the defendant Brooke McManaman's Unopposed Motion to Continue Trial [46]. Defendant needs additional time to participate in treatment. Counsel for co-defendant Janelle Nightwalker does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [46] is granted, as follows:

1. The jury trial, **for both defendants**, currently set for October 23, 2023, is continued to **December 18, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 18, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** October 16, 2023.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**