IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR90 |
| | ) | |
| vs. | ) | |
| | ) | |
| BROOKE MCMANAMAN, and JANELLE NIGHTWALKER, | ) ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on the defendant, Brooke McManaman's Unopposed Motion to Continue Trial [57]. Defendant requests a continuance to complete treatment. Counsel for the government and co-defendant Janelle Nightwalker do not object to a continuance. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [57] is granted, as follows:

1. The jury trial, **for both defendants**, currently set for February 12, 2024, is continued to **April 1, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 1, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would make a continuation of the trial impossible, or result in a miscarriage of justice, or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(i), (iv).

**DATED:** February 1, 2024.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**